ACCEPTED
04-15-00587-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/24/2015 4:55:25 PM
KEITH HOTTLE
CLERK

## No. 04-15-00587-CV

**In the Fourth District Court of Appeals
San Antonio, Texas**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

09/24/2015 4:55:25 PM

KEITH E. HOTTLE
Clerk

**ESSEX INSURANCE COMPANY,**
*Appellant,*

**v.**

**RAFAEL ZUNIGA,**
*Appellee.*

On Appeal from the 229th Judicial District Court
Duval County, Texas
Cause No. DC-13-112-A

## JOINT MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), Appellant Essex Insurance Company ("Appellant"), and Appellee Rafael Zuniga ("Appellee"), jointly move the Court to dismiss this appeal.

1. Appellant and Appellee are the sole parties to this appeal.

2. Appellant and Appellee have fully settled all matters between them related to the subject matter of the appeal and wish to dismiss the appeal to effectuate their settlement.

1

3.     As indicated by their signatures below, both Appellant and Appellee join in this motion, and the parties will bear their own costs associated with the appeal.

## CONCLUSION AND PRAYER

For these reasons, Appellant and Appellee respectfully request that the Court dismiss this appeal and assess costs of the appeal against the party incurring same.

Respectfully submitted,

*/s/ Joseph A. Ziemianski*
Joseph A. Ziemianski
State Bar No. 00797732
E-mail:  jziemianski@cozen.com
Bryan P. Vezey
State Bar No. 00788583
E-mail:  bvezey@cozen.com
COZEN O'CONNOR
One Houston Center
1221 McKinney St., Suite 2900
Houston, Texas  77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

ATTORNEYS FOR APPELLANT,
ESSEX INSURANCE COMPANY

2

_/s/ Robert P. Wilson_ *Signed by Permission

Robert P. Wilson
State Bar No. 21718575
rwilson@thomasjhenrylaw.com
Roger L. Turk
State Bar No. 00788561
rlturk@thomasjhenrylaw.com
LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile: (361) 985-0601

ATTORNEYS FOR APPELLEE,
RAFAEL ZUNIGA

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that I communicated with Robert Wilson, counsel for Appellee, on September 24, 2015, regarding this motion to dismiss appeal, and he stated that his client joins in the relief sought in this motion.

_/s/ Bryan P. Vezey_

Bryan P. Vezey

3

## CERTIFICATE OF SERVICE

On September 24, 2015, I electronically filed this Joint Motion to Dismiss Appeal with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system, which will send notification of such filing to the following (unless otherwise noted below).

Robert P. Wilson
Roger L. Turk
LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Facsimile: (361) 985-0601
E-mail: rwilson@thomasjhenrylaw.com
E-mail: rlturk@thomasjhenrylaw.com
*Attorneys for Appellee, Rafael Zuniga*

*/s/ Joseph A. Ziemianski*
Joseph A. Ziemianski